IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER WORSHAM,
ADC #164071                                                                PLAINTIFF

CASE NO. 1:17-CV-69-JLH-BD

HEARYMAN, et al.                                                           DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and the timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The ADC Defendants' motion to dismiss is GRANTED in part and DENIED in part. Document #8. Worsham's claims against the ADC Defendants in their official capacity for money damages are DISMISSED, with prejudice.

In addition, Worsham's motion for preliminary injunctive relief is DENIED. Document #15.

IT IS SO ORDERED this 7th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE