IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER WORSHAM, ADC #164071**          **PLAINTIFF**

v.          **NO. 1:17CV00069-JLH-BD**

**HEARYMAN, et al.**          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Christopher Worsham's motion for preliminary injunctive relief is DENIED. Documents #23 and #30.

IT IS SO ORDERED this 12th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE