IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER WORSHAM,
ADC #164071                                                                                    PLAINTIFF

NO. 1:17-CV-69-JLH-BD

MARTY HEARYMAN, et al.                                                               DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Worsham's claims against the Doe defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate the Doe defendants as party defendants.

IT IS SO ORDERED this 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE