# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER WORSHAM, ADC #164071                                  PLAINTIFF

v.                            NO. 1:17CV00069-JLH-BD

MARTY HEARYMAN, et al.                                            DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Document #56.

Defendants' motions for summary judgment are GRANTED. Documents #42, #46. Christopher Worsham's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

IT IS SO ORDERED this 21st day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE