# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER WORSHAM, ADC #164071                PLAINTIFF

v.              NO. 1:17CV00069-JLH-BD

MARTY HEARYMAN, et al.                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of June, 2018.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE